**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------- X
MICHELLE TENZER-FUCHS, on behalf of
herself and all others similarly situated,

          Plaintiff,

  v.

THE DESK STORE, LLC d/b/a PORVATA

          Defendant.
-------------------------------------------------------- X

**FILED**
**CLERK**
12:19 pm, Mar 24, 2022
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

Civil Action No. 2:21-cv-07175

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Michelle Tenzer-Fuchs ("Plaintiff") and Defendant The Desk Store, LLC d/b/a Porvata. ("Defendant"), by and through Plaintiff's undersigned counsel and Defendant's undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorney's fees.

Dated: March 23, 2022

| **O'HAGAN MEYER LLC** | **SHALOM LAW, PLLC** |
|---|---|
| By: */s/ Adi Kanlic* | By */s/Jonathan Shalom* |
| Adi Kanlic | Jonathan Shalom |
| One East Wacker Drive, Suite 3400 | 105-13 Metropolitan Avenue |
| Chicago, Illinois 60601 | Forest Hills, NY 11375 |
| Telephone (312) 422-6100 | Telephone: (718) 971-9474 |
| akanlic@ohaganmeyer.com | Jonathan@shalomlawny.com |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *The Desk Store, LLC dba Porvata* | *Michelle Tenzer-Fuchs* |

SO ORDERED.
/s/ JMA, USDJ
3/24/2022